*Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 315. SNYDER *v.* TURLEY, WARDEN. C. A. 3d Cir. Certiorari denied. *Louis Lipschitz* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 320. SERMAN ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Dan W. Duffy* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 321. OGLE PROTECTION SERVICE, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *David E. Burgess* for petitioners. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 343. MALTBY *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Robert Vogel* for petitioner. *Solicitor General Marshall* for the United States.

No. 349. HOFFMAN *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Thomas H. King* for petitioner. *Solicitor General Marshall* for the United States.

No. 350. LOCAL UNION No. 742, UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied. *Bernard M. Mamet* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Nancy M. Sherman* for respondent.

No. 352. DISTRICT LODGE No. 15, INTERNATIONAL ASSOCIATION OF MACHINISTS, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Stephen C. Vladeck* and *Judith P. Vladeck*

for petitioners. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 354. IMHOFF *v.* UNITED STATES. Ct. Cl. Certiorari denied. *John I. Heise, Jr.,* for petitioner. *Solicitor General Marshall* for the United States.

No. 356. PROVENZANO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Joseph F. Walsh* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 358. INTRAVAIA ET AL. *v.* WIRTZ, SECRETARY OF LABOR. C. A. 9th Cir. Certiorari denied. *Solicitor General Marshall* for respondent.

No. 359. EASTMAN *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 6th Cir. Certiorari denied. *Bernard I. Rosen* for petitioner. *Solicitor General Marshall* for respondent.

No. 361. LIONBERGER, DBA LIONBERGER'S AUTO PARTS *v.* UNITED STATES. Ct. Cl. Certiorari denied. *William T. Stephens* and *Grant R. Sykes* for petitioner. *Solicitor General Marshall* and *Assistant Attorney General Rogovin* for the United States.

No. 365. MOORE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Charles E. Gray* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 396. CALIFORNIA CITIZENS BAND ASSOCIATION, INC. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. *Clifton Hildebrand* for petitioner. *Solicitor General Marshall, Assistant Attorney General Turner,*